THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNATHAN JOHNSON, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [692 NYS2d 632] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the petition for a writ of habeas corpus because the issues were raised or could have been raised on defendant's prior direct appeals or by a postjudgment motion pursuant to CPL article 440 (*see, People v Johnson,* 211 AD2d 826, *lv dismissed* 85 NY2d 939; *People v Johnson,* 181 AD2d 914, *lv denied* 80 NY2d 833, *cert denied* 511 US 1037; *People v Johnson,* 176 AD2d 756; *People v Johnson,* 163 AD2d 613, *lv denied* 76 NY2d 940; *see generally, People ex rel. St. Germain v Walker,* 202 AD2d 1053, *lv denied* 83 NY2d 758). Furthermore, because the issues raised herein were determined by the Third Department in *People ex rel. Johnson v Stinson* (233 AD2d 634, *lv denied* 89 NY2d 807, *lv dismissed* 89 NY2d 1030, *rearg denied* 89 NY2d 1030, *rearg dismissed* 90 NY2d 831), this proceeding is barred by res judicata and collateral estoppel (*see, People ex rel. Hatzman v*

*Kuhlmann,* 191 AD2d 976, *appeal dismissed and lv denied* 82 NY2d 683). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Denman, P. J., Green, Hayes, Scudder and Balio, JJ.